Robert C. SINGLETARY, Appellant,

v.

STATE of Missouri, Respondent.

WD 78795

Missouri Court of Appeals,
Western District.

ORDER FILED: June 28, 2016

Mark Grothoff, Columbia, MO, Counsel for Appellant.

Mary Moore, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Mr. Robert C. Singletary appeals from a judgment following an evidentiary hearing denying a post-conviction relief motion filed under Rule 29.15.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).